

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA

VS.

MICHAEL KARL DAVIS aka
MICHEAL KARL DAVIS (01) and
ROYCE EDWARD TONEY (02)

CRIMINAL NO. 3:11-cr-00245
JUDGE JAMES
MAGISTRATE JUDGE HAYES
18 U.S.C. §§ 371, 1028(a)(7),
1030(a)(2)(C), 1505 & 1513(e)

## SUPERCEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 371
### Conspiracy

I. AT ALL TIMES RELEVANT HEREIN:

A. Defendant ROYCE EDWARD TONEY was the elected Sheriff of Ouachita Parish.

B. Defendant MICHAEL KARL DAVIS aka MICHEAL KARL DAVIS was employed at the Ouachita Parish Sheriff's Office (OPSO).

C. AOL was based in Virginia and provided a global online network of integrated services, including email services, to the public in the United States and abroad through its website www.aol.com. AOL email subscribers accessed their email accounts on computers and servers maintained by AOL

from any computer connected to the Internet located anywhere in the world. The computer and servers for the aol.com domain were located outside the State of Louisiana.

D. An AOL email subscriber accessed his account with a username or email address and password.

E. KL was a former employee of the OPSO and had a personal email account with AOL.

## II. THE CONSPIRACY

Beginning on or about the 8th day of April, 2010, and continuing until on or about the 22nd day of October, 2010, in the Western District of Louisiana and elsewhere, defendants ROYCE EDWARD TONEY and MICHAEL KARL DAVIS aka MICHEAL KARL DAVIS did knowingly and willfully conspire, confederate and agree together and with others both known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Sections 1028(a)(7), 1030(a)(2)(C) and 1505 [18 U.S.C. §§ 1028(a)(7), 1030(a)(2)(C) & 1505].

## III. OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to track KL's communications and, once defendant MICHAEL KARL DAVIS aka MICHEAL

KARL DAVIS learned of the FBI's desire to speak with him, to cover up their illegal activity.

IV. OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, defendants performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana and elsewhere:

1. On or about the 8th day of April, 2010, defendant ROYCE EDWARD TONEY contacted an employee (Employee # 1) of the OPSO and inquired about getting telephone records.

2. On or about the 12th day of April, 2010, defendant ROYCE EDWARD TONEY contacted Employee # 1 and asked Employee # 1 to access KL's telephone records, providing Employee # 1 with what TONEY represented to be KL's email address and password.

3. Between on or about the 9th day of April, 2010, and continuing until on or about the 22nd day of October, 2010, a computer at the OPSO was repeatedly utilized to access KL's personal email account without authorization.

4. Further, the allegations of Counts 2 - 20 of the indictment are realleged and incorporated by reference as though fully set forth herein as separate overt acts.

All in violation of Title 18, United States Code, Section 371 [18 U.S.C. § 371].

COUNTS 2 - 10
18 U.S.C. § 1030(a)(2)(C) & (c)(2)(A)
Fraud and Related Activity in
Connection with Computers

I.   The allegations of Count 1, paragraph I, are realleged and incorporated by reference as though fully set forth herein.

II.  THE OFFENSE

On or about the dates set forth below, in the Western District of Louisiana and elsewhere, defendants ROYCE EDWARD TONEY and MICHAEL KARL DAVIS aka MICHEAL KARL DAVIS intentionally and without authorization, and in excess of authorization, accessed and caused to be accessed a protected computer by means of interstate communications and thereby obtained and caused to be obtained information, all in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(A) and 2 [18 U.S.C. §§ 1030(a)(2)(C), 1030(c)(2)(A) & 2].

| COUNT | DATE |
|---|---|
| 2 | 04/09/2010 |
| 3 | 05/03/2010 |
| 4 | 05/31/2010 |
| 5 | 06/03/2010 |

| | |
|---|---|
| 6 | 07/01/2010 |
| 7 | 08/02/2010 |
| 8 | 09/02/2010 |
| 9 | 10/04/2010 |
| 10 | 10/19/2010 |

<u>COUNTS 11 - 19</u>
18 U.S.C. § 1028(a)(7), b(2)(B) and (c)(3)(A)
Identity Theft

I.   The allegations of Count 1, paragraph I, are realleged and incorporated by reference as though fully set forth herein.

II.  THE OFFENSE

On or about the dates set forth below, in the Western District of Louisiana and elsewhere, defendants ROYCE EDWARD TONEY and MICHAEL KARL DAVIS aka MICHEAL KARL DAVIS did knowingly transfer, possess, and use, and cause to be transferred, possessed and used, in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, that is, an AOL email address or username and password, with the intent to commit and in connection with any unlawful activity that constitutes a violation of federal law, that is, 18 U.S.C. 1030(a)(2)(C), Fraud and Related Activity in Connection with Computers, all in violation of Title 18, United States Code, Section 1028(a)(7), 1028(b)(2)(B),

1028(c)(3)(A) and 2 [18 U.S.C. §§ 1028(a)(7), 1028(b)(2)(B), 1028(c)(3)(A) and 2].

| COUNT | DATE |
|---|---|
| 11 | 04/09/2010 |
| 12 | 05/03/2010 |
| 13 | 05/31/2010 |
| 14 | 06/03/2010 |
| 15 | 07/01/2010 |
| 16 | 08/02/2010 |
| 17 | 09/02/2010 |
| 18 | 10/04/2010 |
| 19 | 10/19/2010 |

<u>Count 20</u>
18 U.S.C. §§ 1505 & 2
Obstruction of an Investigation

I.  The allegations of Count 1, paragraph I, are realleged and incorporated by reference as though fully set forth herein.

II. THE OFFENSE

On or about the 22nd day of October, 2010, in the Western District of Louisiana and elsewhere, defendants ROYCE EDWARD TONEY and MICHAEL KARL DAVIS aka MICHEAL KARL DAVIS did corruptly influence, obstruct and impede, and endeavor to influence, obstruct, and impede, the due and proper administration of the law under which a pending proceeding, that is,

a criminal investigation, was being had by the Federal Bureau of Investigation, an agency of the United States Department of Justice, by reformatting and installing a new operating system or causing it to be done to the computer utilized to commit the crimes charged in Counts 2 through 19 of this indictment, all in violation of Title 18, United States Code, Sections 1505 and 2 [18 U.S.C. §§ 1505 & 2].

### Count 21
### 18 U.S.C. § 1513(e)
### Obstruction by Retaliating Against a Victim

On or about the 25th day of January, 2012, in the Western District of Louisiana, defendant ROYCE EDWARD TONEY, did knowingly, with the intent to retaliate, take an action harmful to Victim, that is, an internal affairs investigation, for providing to a law enforcement officer truthful information relating to the commission of a Federal offense, all in violation of Title 18, United States Code, Section 1513(e) [18 U.S.C. § 1513(e)].

A TRUE BILL

REDACTED

STEPHANIE A. FINLEY
United States Attorney

By: 
C. MIGNONNE GRIFFING, #19601
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
318/676-3600
Mignonne.Griffing@usdoj.gov